UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

B. MILLER,  :
a/k/a STRANDON MILLER,
    Plaintiff  :

        CIVIL ACTION NO. 3:16-0605
  v.  :  (JUDGE MANNION)

C.O. S.L. HOLT, et al.,  :

    Defendants  :

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Holt's motion to dismiss and for summary judgment (Doc. 26) is **GRANTED**. Judgment is hereby entered in favor of the Defendant Holt, and against the Plaintiff.

2. Defendants, R.E. Lynn, S.P. Allen, and S.M. Holezman, will be dismissed pursuant to of 28 U.S.C. §1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

        s/ *Malachy E. Mannion*
        **MALACHY E. MANNION**
        **United States District Judge**

**Dated: July 31, 2017**